**Deborah Anne PILCHAK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36739.**

Missouri Court of Appeals,
Western District.

Jan. 21, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 4, 1986.

Roger G. Brown, Pamela S. Quigg, Bushmann, Neff, Gallaher & Brown, Jefferson City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and PRITCHARD and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from a judgment denying relief under Rule 27.26 to vacate jury trial convictions of felony sale of a controlled substance (§ 195.020, RSMo 1978) and unlawful use of a weapon (§ 571.030, RSMo Supp.1982).

Judgment affirmed. Rule 84.16(b).